# OFFICE OF THE CHAPTER 13 TRUSTEE
## JOHN H. GERMERAAD, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Central District of Illinois

| **Office Address** | **Payment Address** |
|---|---|
| Office of the Chapter 13 Trustee | John H. Germeraad |
| John H. Germeraad, Trustee | Chapter 13 Trustee |
| P O Box 9768 | P.O. Box 1652 |
| Springfield, IL 62791 | Memphis, TN 38101-1652 |
| Tel: (217) 670-1741 Fax: (217) 679-8581 | *Include case number on payment |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period July 01, 2017 through June 30, 2018

Case No: 17-70697

Debtor: RICHARD SIGMON
2651 TWIN OAK CT #61
DECATUR, IL  62526

Joint Debtor: CHERYL SIGMON
2651 TWIN OAK CT #61
DECATUR, IL  62526

Case Filed: April 27, 2017

Delinquency: $130.00

Case Confirmed: August 08, 2017

Attorney: JAY BARR
(217) 875-5311

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 1,820.00 |
| Disbursements: | | |
|     Principal | 371.59 | |
|     Interest | 67.81 | |
|     Attorney Fee | 1,081.60 | |
|     Trustee Fee | 182.00 | |
| | | 1,703.00 |
| Funds on Hand: | | 117.00 |
| | | 1,820.00 |

052243000000010203000

## RECEIPTS DURING REPORTING PERIOD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jul 26, 2017 | 130.00 | Aug 29, 2017 | 130.00 | Sep 27, 2017 | 130.00 | Oct 11, 2017 | 130.00 | Nov 17, 2017 | 130.00 |
| Dec 15, 2017 | 130.00 | Jan 25, 2018 | 130.00 | Mar 08, 2018 | 130.00 | Mar 28, 2018 | 130.00 | May 01, 2018 | 130.00 |
| May 30, 2018 | 130.00 | Jun 27, 2018 | 130.00 | | | | | | |

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 001 | SIU HEALTHCARE 1517 | Unsecured | 200.00 | 0.00 .00 | 0.00 .00 | 200.00 |
| 002 | TITLEMAX OF IL INC DBA TITLEMAX 5780        2004 CHEVY SILVERADO | Secured | With interest @ 5.25% 1,262.28 | 371.59 371.59 | 67.81 67.81 | 890.69 |
| 003 | LVNV FUNDING LLC 3121        CREDIT ONE | Unsecured | 1,241.38 | 0.00 .00 | 0.00 .00 | 1,241.38 |
| 004 | LVNV FUNDING LLC 1203        CREDIT ONE | Unsecured | 939.55 | 0.00 .00 | 0.00 .00 | 939.55 |
| 005 | HYUNDAI LEASE TITLING TRUST 6248 | Unsecured | 3,584.41 | 0.00 .00 | 0.00 .00 | 3,584.41 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LLC 3385        CAPITAL ONE | Unsecured | 933.28 | 0.00 .00 | 0.00 .00 | 933.28 |
| 799 | JAY BARR                Attorney of Record | Attorney Fees | 3,200.00 | 1,081.60 1,081.60 | .00 .00 | 2,118.40 |
| | ILLINOIS DEPARTMENT OF REVENUE | Priority | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | INTERNAL REVENUE SERVICE | Priority | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ROHI PATIL MD | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | JUSTIN PARKER MD | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | NISSAN MOTOR ACCEPTANCE | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ST MARYS HOSPITAL | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ARUN GUNDA MD | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | GATEWAY TREATMENT CENTER | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | DECATUR MEMORIAL HOSP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | COMCAST | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | FIRST NATIONAL BANK | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ANESTHESIA ASSOCIATES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | TIM BAILEY, MD | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | NOT FILED |

Interest, late claims, Trustee fees, legal minimum time your plan must run and other factors may affect the actual amount needed to complete your plan.

If you have any legal questions regarding your case, please contact your attorney.

John H. Germeraad
Chapter 13 Trustee